# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:

Michael Mastry

     Debtor.

_____/

Case No. 8-14-bk-00583-CPM
Chapter 13

**TRUSTEE'S MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on June 5, 2019 at 2:15 *pm* in Courtroom 8B before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida to consider and act upon this matter.**

JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1.     The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on January 20, 2014.

2.     On February 23, 2015 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2014.

3.     It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide his 2018 federal income tax return and any refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically and/or by U.S. Mail to **Michael Mastry**, Debtor, 200 2nd Ave. S., #303, St. Petersburg, FL 33701 and **Maria D. Boudreaux, Esquire,** Attorney for Debtor, c/o Leaven Law, 3900 First St. N., #100, St Petersburg, FL 33703 this 1st day of May 2019.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

JMW/sn