

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/05/2019 02:15 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:14-bk-00583-CPM | 13 | 01/20/2014 |

Chapter 13

**DEBTOR:**    Michael Mastry

**DEBTOR ATTY:**    Maria Boudreaux

**TRUSTEE:**    Jon Waage

**HEARING:**

Motion to Dismiss Case for Failure to Comply with Order Confirming Plan. Filed by Jon Waage on behalf of Trustee Jon Waage (related document(s)<a href=`https://ecf.flmb.uscourts.gov/doc1/046063448888`>49</a>). (Waage, Jon) Doc #75

**APPEARANCES:**:
MARIA BOUDREAUX; <b> MICHAEL CECIL </b>

**RULING:**
Motion to Dismiss Case for Failure to Comply with Order Confirming Plan. Filed by Jon Waage on behalf of Trustee Jon Waage (related document(s)<a href=`https://ecf.flmb.uscourts.gov/doc1/046063448888`>49</a>). (Waage, Jon) Doc #75.. CONT TO 8/28/19 AT 2:15 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.